No. —. EX PARTE SAMUEL JACKSON;

No. —. EX PARTE PERCY ARTHUR WHISTLER; and

No. —. PATTERSON v. SANFORD, WARDEN. May 1, 1944. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —. EX PARTE WILLIAM HANLEY; and

No. —. EX PARTE JOHN WELCH. May 1, 1944. The motions for leave to file petitions for writs of habeas corpus are denied. *Ex parte Hawk*, 321 U. S. 114, 117. Treating the papers as petitions for writs of certiorari to the Supreme Court of Illinois, the petitions are denied.